NO. SCOT-10-0000201

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

ARWIN R. ECHINEQUE, Petitioner,

vs.

STATE OF HAWAI'I, Respondent.

---

ORIGINAL PROCEEDING

ORDER
(By: Recktenwald, C.J., Nakayama, Acoba and Duffy, JJ.
and Circuit Judge Pollack, assigned by reason of vacancy)

Upon review of the petition for HRPP Rule 40 post-conviction relief filed in the supreme court by petitioner Arwin R. Echineque, it appears that we lack jurisdiction to consider the petition. See HRS § 602-5 (Supp. 2009); HRPP Rule 40(b). Therefore,

IT IS HEREBY ORDERED that the petition is dismissed.

DATED: Honolulu, Hawai'i, December 20, 2010.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Richard W. Pollack

